# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

## JUDGMENT IN A CIVIL CASE

ADAM E. BILLINGS,

    Movant,

v.    Case No. 20-3064-CV-S-MDH-P

UNITED STATES OF AMERICA,

    Respondent.

- ☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☒ **DECISION OF THE COURT.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: The Court denies Movant relief pursuant to § 28 U.S.C. 2255. The Court declines to issue a certificate of appealability. This case is dismissed.

Entered on: August 4, 2020

    PAIGE WYMORE-WYNN
    CLERK OF COURT

    /s/ K. Willis
    (By) Deputy Clerk