# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2693

Adam E. Billings

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:20-cv-03064-MDH)
_____

**ORDER**

If the original file of the United States District Court is available for review in electronic format, the court will rely on the electronic version of the record in its review. The appendices required by Eighth Circuit Rule 30A shall not be required. In accordance with Eighth Circuit Local Rule 30A(a)(2), the Clerk of the United States District Court is requested to forward to this Court forthwith any portions of the original record which are not available in an electronic format through PACER, including any documents maintained in paper format or filed under seal, pre-sentence report (3 copies), exhibits, CDs, videos, administrative records and state court files. These documents should be submitted within 10 days.

August 13, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans